DUANE MORRIS, LLP
A Delaware Limited Liability Partnership
Michael Tiliakos, Esq. (MT – 1678)
Natalie F. Hrubos, Esq. (NH – 9059)
1540 Broadway
New York, NY 10036
212-692-1000
212-692-1020 (fax)
*Counsel for DIRECTV, INC., DIRECTV, LLC*
*and Multiband, Corp.*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANTHONY DEMARCO, EDWARD HART, MICHAEL HEALY, ROGER JOHNSON, JR., MARK KORNYTCHUK, JOSEPH MANZO, ALEX MIROSH, ELIUD ORTIZ, and BRIAN SHORTINO, | : |
| Plaintiffs, | : CIVIL ACTION NO. : 3:14-CV-04623-PGS-TJB |
| v. | : |
| DIRECTV, INC., DIRECTV, LLC., DTV HOME SERVICES II, LLC, and MULTIBAND CORP., and DIRECTSAT USA, LLC | : |
| Defendants. | : |

**STIPULATION FOR SUBSTITUTION OF COUNSEL**

IT IS HEREBY STIPULATED and agreed between the undersigned attorneys that

Michael Tiliakos, Natalie Hrubos, and DUANE MORRIS, LLP shall be substituted as counsel of

record for Defendants DIRECTV, INC., DIRECTV, LLC., and Multiband Corp., (jointly

"Defendants") and that Gregory T. Alvarez, James M. McDonnell, and Luke Breslin and the firm

JACKSON LEWIS hereby withdraw as counsel of record for the Defendants, terminating any

further responsibilities with regard to the representation of Defendants in this action. The

withdrawal and substitution will not delay these proceedings.

Superseding Counsel

**DUANE MORRIS LLP**

By:  Michael Tiliakos, Esq. (MT – 1678)
       Natalie F. Hrubos, Esq. (NH-9059)

1540 Broadway
New York, NY 10036-4086
Tel.:(212) 692-1000
Fax.: (212) 692-1020
Email: mtiliakos@duanemorris.com
          nfhrubos@duanemorris.com


*/s/ Michael Tiliakos*
Michael Tiliakos (MT – 1678)
Dated: March 20, 2015


*/s/ Natalie F. Hrubos*
Natalie F. Hrubos (NT-9059)
Dated: March 20, 2015

Withdrawing Counsel

**JACKSON LEWIS, P.C.**

By: Gregory T. Alvarez (GA-052751991)
       James McDonell (JM-030572001)
       Luke P. Breslin (LB-029222010)
220 Headquarters Plaza
East Tower, 7th Floor
Morristown, NJ 07960-6844
Tel.: (973) 538-6890.
Email: alvarezg@jacksonlewis.com
mcdonnej@jacksonlewis.com
Luke.Breslin@jackson.lewis.com


*/s/ Gregory T. Alvarez*
Gregory T. Alvarez (GA-052751991)
Date: March 20, 2015


*/s/ James McDonnell*
James McDonell (JM-030572001)
Dated: March 20, 2015


*/s/ Luke P. Breslin*
Luke P. Breslin (LB-029222010)
Dated: March 20, 2015

2