UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANTHONY DEMARCO, SULEYMAN ALIYEV, CARLOS BELTRE PEREZ, EDWARD HART, MICHAEL HEALY, ROGER JOHNSON, JR., MARK KORNYTCHUK, JOSEPH MANZO, ALEX MIROSH, DIOGENES POLANCO, and MARIO ROMERO,<br><br>Plaintiffs,<br><br>v.<br><br>DIRECTV, LLC., MULTIBAND CORP., and DIRECTSAT USA, LLC,<br><br>Defendants. | Case No. 3:14-CV-04623-PGS-TJB<br>District Judge Peter G. Sheridan<br>Magistrate Judge Tonianne J. Bongiovanni<br><br>ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR SETTLEMENT APPROVAL |

Now on this __19__ day of __September__, 2018, being fulling advised in the premises and for good cause shown, Plaintiffs' Unopposed Motion for Settlement Approval is hereby **SUSTAINED**. The parties are ordered to carry-out the terms of the settlement forthwith and this action is **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED. *The clerk is directed to close the file.*

__9/19/18__
Date

__Peter Sheridan__
Hon. Peter G. Sheridan
United States District Judge